No. 19. Joseph J. Waters, Administrator of Robert Jackson, Deceased, Plaintiff in Error, *v.* George E. Emmons and J. Paul Smith. In error to the Court of Appeals of the District of Columbia. Submitted October 11, 1906. Decided October 22, 1906. *Per Curiam.* Judgment affirmed with costs. See 19 App. D. C. 250; 25 App. D. C. 146. *Mr. Joseph J. Waters* for plaintiff in error. *Mr. William F. Mattingly* for defendants in error.

---

No. 26. J. A. Axtell et al., Plaintiffs in Error, *v.* Cyrus Webber. In error to the Supreme Court of the State of Minnesota. Argued October 16, 1906. Decided October 22, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Beaupre* v. *Noyes,* 138 U. S. 397; *National Life Insurance Company* v. *Scheffer,* 131 U. S. App. C. C. III. *Mr. Albert R. Allen, Mr. C. M. O'Neil* and *Mr. George E. Clarke* for plaintiffs in error. *Mr. Thomas J. Knox* and *Mr. Andrew C. Dunn* for defendant in error.